## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 22nd day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Alan L. Cochran, President
*Orlando Industrial Contractors, Inc.*
P.O. Box 590728
Orlando, FL 32859-0728

_____
Mary E. Augustine (No. 4477)